IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES C. PEARSON, SR and**
**JAMES C. PEARON, JR.**                                                                        **PLAINTIFFS**

**VS.**                                          **3:07-CV-00040-WRW**

**CITY OF WEST MEMPHIS,**
**ARKANSAS, et al.**                                                                                **DEFENDANTS**

## ORDER

Pending is Defendants' Motion to Compel (Doc. No. 23) Plaintiffs to comply with Defendants' discovery request for a criminal history release form. Plaintiffs have responded.[1]

For good cause shown, Defendants' Motion to Compel (Doc. No. 23) is GRANTED. Accordingly, by 5 p.m., Friday, March 21, 2008, Plaintiffs must comply with Defendants' discovery request seeking a criminal history release form.

IT IS SO ORDERED this 12th day of March, 2008.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 24.