IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES C. PEARSON, SR., et al                                                          PLAINTIFFS

vs                                          3:07V00040-WRW

CITY OF WEST MEMPHIS, ARKANSAS, et al                                    DEFENDANTS

## ORDER

Pending is the Motion for Consideration of Belated Motion for Summary Judgment (doc #26) filed by the defendants and the Motion for Summary Judgment (doc #27) filed by the defendants. Plaintiffs have responded to the Motion for Consideration of Belated Motion for Summary Judgment (doc #30). Defendants' Motions are DENIED.

IT IS SO ORDERED this 14th day of July, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddeny.sumjudg.wpd